# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2015

### NO. 03-13-00783-CV

**Juan Pablo Mayorga, Appellant**

**v.**

**Maria Mayorga, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgments signed by the trial court on August 23, 2013, and October 25, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the August 23 judgment that values the Guanajuato property at 80,960 pesos and the portion that makes specific money awards for the mortgage, insurance, appraisal fees, repair, and maintenance on the homestead property appellee paid from the time the temporary orders were signed through closing. Therefore, the Court reverses those portions of the trial court's August 23 judgment and remands those issues for further consideration and clarification by the district court. However, we affirm the portion of the August 23 judgment that awards appellee $1,000 in attorney's fees. The Court further vacates the portion of the October 25 order that awards sanctions against appellant. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.